943 A.2d 262

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Nathan A. ETCHISON, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 2008.

Decided March 24, 2008.

Ryan Cassidy Helsel, Rebecca J. Lozzi, Public Defender, Butler, for Nathan A. Etchison.

Jennifer Anne Buck, Randa Bobette Clark, Butler, for Com. of Pennsylvania.

## *ORDER*

PER CURIAM.

The Order of the Superior Court is **AFFIRMED.**

Justice TODD did not participate in the consideration or decision of this case.

Chief Justice CASTILLE dissents.